ELLIOTT v. POTTS

No. 174 P.C.

Case below: 38 N.C. App. 743.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

FOX v. MILLER

No. 138 P.C.

Case below: 38 N.C. App. 391.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 February 1979.

HARMON v. PUGH

No. 165 P.C.

Case below: 38 N.C. App. 438.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 February 1979.

IN RE DALE

No. 4 P.C.

Case below: 39 N.C. App. 390.

Petition by respondent for discretionary review under G.S. 7A-31 denied 5 February 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.

IN RE KIRKMAN

No. 161 P.C.

Case below: 38 N.C. App. 515.

Petition by Kirkman for discretionary review under G.S. 7A-31 denied 5 February 1979. Motion of appellee to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.